**Infringement Analysis of : BERGAN**

    **Infringing Product Specifications:**
        **Company Name:**    Bergan
        **Company Location:**  Mokey Island, OK 74331
        **Product Name**:      Stainless Steel Bowl - SKU#810233

    The following patent infringement analysis compares US Patent D565,253 with the potentially infringing Bergan product identified above and by the pictures below. The 4 Figures of US Patent D565,253 are identified below as follows:



| US Patent D 565,253 | Infringing BERGAN product |
|---|---|

